# United States Court of Appeals for the Fifth Circuit

———————

No. 23-60244
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
November 1, 2023

Lyle W. Cayce
Clerk

SAUL ALMARAZ-GOMEZ,

*Petitioner*,

*versus*

MERRICK GARLAND, *U.S. Attorney General*,

*Respondent*.

———————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A205 518 253

———————————————————

Before WIENER, STEWART, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Saul Almaraz-Gomez, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals (BIA) upholding the immigration judge's denial of his application for cancellation of removal. The BIA affirmed the immigration judge's finding that Almaraz-Gomez

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-60244

failed to meet his burden of showing that his removal would result in exceptional and extremely unusual hardship to a qualifying relative.

In the only argument he presents here, Almaraz-Gomez contends that the evidence showed that his removal would cause one of his daughters to suffer exceptional and extremely unusual hardship due to educational challenges and psychological strain. The hardship determination for cancellation of removal "is a discretionary and authoritative decision" that is beyond our review pursuant to 8 U.S.C. § 1252(a)(2)(B)(i). *Castillo-Gutierrez v. Garland*, 43 F.4th 477, 481 (5th Cir. 2022). Thus, we lack jurisdiction to consider Almaraz-Gomez's factual challenge to the hardship determination. *See id.*

Accordingly, the petition for review is DISMISSED for lack of jurisdiction.